Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
MARK EDWARD JONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARK EDWARD JONES,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>RETAILERS' CREDIT ASSOCIATION OF GRASS VALLEY, INC., a California corporation; and JENNIFER ROBERTA WALTERS, individually and in her official capacity,<br><br>　　　　　　　　Defendants. | Case No. 5:16-CV-04253-BLF-HRL<br><br>**NOTICE OF SETTLEMENT** |

　　COMES NOW the Plaintiff, MARK EDWARD JONES, by and through his counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and notifies the Court that this case has been settled.  Upon bank clearance of the settlement funds, the parties will file a Stipulation of Dismissal with prejudice in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated:  November 15, 2016 　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARK EDWARD JONES