Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen  (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
MARK EDWARD JONES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARK EDWARD JONES,<br><br>  Plaintiff,<br>v.<br><br>RETAILERS' CREDIT ASSOCIATION OF GRASS VALLEY, INC., a California corporation; and JENNIFER ROBERTA WALTERS, individually and in her official capacity,<br><br>  Defendants. | Case No. 5:16-CV-04253-BLF-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARK EDWARD JONES, and Defendants, RETAILERS' CREDIT ASSOCIATION OF GRASS VALLEY, INC.; and JENNIFER ROBERTA WALTERS, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARK EDWARD JONES, against all Defendants in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

oo0oo

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: December 19, 2016 | By: /s/ Fred W. Schwinn |
|   | Fred W. Schwinn (SBN 225575) |
|   | Raeon R. Roulston (SBN 255622) |
|   | Matthew C. Salmonsen (SBN 302854) |
|   | CONSUMER LAW CENTER, INC. |
|   | 12 South First Street, Suite 1014 |
|   | San Jose, California  95113-2418 |
|   | Telephone Number: (408) 294-6100 |
|   | Facsimile Number: (408) 294-6190 |
|   | Email Address: fred.schwinn@sjconsumerlaw.com |
|   |   |
|   | Attorneys for Plaintiff |
|   | MARK EDWARD JONES |
|   |   |
|   | ELLIS LAW GROUP, LLP |
| Dated: December 19, 2016 | By: /s/ Amanda N. Griffith |
|   | Mark E. Ellis (SBN 127159) |
|   | Andrew M. Steinheimer (SBN 200524) |
|   | Amanda N. Griffith (SBN 288164) |
|   | ELLIS LAW GROUP, LLP |
|   | 740 University Avenue, Suite 100 |
|   | Sacramento, California  95825 |
|   | Telephone Number: (916) 283-8820 |
|   | Facsimile Number: (916) 283-8821 |
|   | Email Address: agriffith@ellislawgrp.com |
|   |   |
|   | Attorneys for Defendants |
|   | RETAILERS' CREDIT ASSOCIATION OF GRASS VALLEY, INC.; and |
|   | JENNIFER ROBERTA WALTERS |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: December 20, 2016

*/s/ Beth Labson Freeman*
The Honorable Beth Labson Freeman
Judge of the District Court